No. 48715.—Protests 919089–G, etc., of Westergaard, Berg-Johnsen Co. (New York).

Opinion by KEEFE, J.   In accordance with stipluation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

No. 48716.—Protests 921013–G, etc., of Uddo Taormina Corp. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

No. 48717.—Protests 83239–K, etc., of American President Lines, Ltd. (Honolulu and San Francisco).

Opinion by KEEFE, J.   An examination of the entry papers in each case disclosed that the protests were filed more than 60 days after liquidation.   The motion to dismiss was therefore granted.

BEFORE THE THIRD DIVISION, SEPTEMBER 3, 1943

No. 48718.—Protests 642555–G, etc., of Musolino Berger Lo Conte Co. et al. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146; and (2) 1 percent for that similar to Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*

No. 48719.—Protests 743132–G, etc., of Acierno Bros. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146; and (2) 1 percent for that similar to Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*

No. 48720.—Protests 93161–K, etc., of A. Bianco & Son, Inc., et al. (New York).